## HARRELL v. STATE.

No. 21188.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

It was charged by indictment that appellant while intoxicated drove a motor vehicle upon the public highway. He was convicted and his punishment assessed at 90 days in jail and a fine of $50.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## NAVAIRA v. STATE.

No. 21302.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

Walter Hein, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is aggravated assault; the punishment, a fine of fifty dollars.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.